# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| WILLIAM CAPERS JORDAN, | ) |
| *Petitioner*, | ) |
| vs. | ) Nos. 3:07-CR-00089 / 3:14-CV-00149 |
| UNITED STATES OF AMERICA, | ) REEVES/GUYTON |
| *Respondent.* | ) |

## JUDGMENT AND ORDER

In accordance with the accompanying Memorandum, Petitioner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 [Doc. 332] is DENIED, and this action is DISMISSED. Should the Petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is DENIED. The Court certifies that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this Court hereby DENIES the Petitioner's leave to proceed *in forma pauperis* on appeal.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE